```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 11020
  NEIL W GOODFELLOW
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

           Debtor
   SSN XXX-XX-6875


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 06/20/07 and confirmed on 10/03/07.

    2.  The case was dismissed after confirmation, 08/01/2008.

    3.  The Debtor paid a total of $   1220.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| SPECIALIZED LOAN SERVICI | UNSECURED | NOT FILED | .00 | .00 |
| HSBC AUTO FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| HEATHER GOODFELLOW | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 7796.09 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 8180.91 | .00 | .00 |
| B REAL LLC | UNSECURED | 7870.76 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 7782.28 | .00 | .00 |
| AURORA EARTHMOVER CU | UNSECURED | 4810.66 | .00 | .00 |
| EDWARD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY INSTITUTE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 409.31 | .00 | .00 |
| KENDALL COUNTY COLLECTOR | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 3778.09 | .00 | .00 |
| ROGERS & HOLLAND | UNSECURED | 7746.91 | .00 | .00 |
| WESTIN SVO ARIZONA INC | UNSECURED | 13799.28 | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 2183.58 | .00 | .00 |

```
         Summary of disbursements:
```

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 64357.87 | .00 | 64357.87 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                         .00          .00          .00          .00          .00
The Debtor's attorney, RUDDY MILROY & KING            , was allowed $   3500.00
and was paid $    1726.00   direct and $    1159.25   through the plan.
```

The Trustee received $     60.75 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/13/08                    /S/
                                          GLENN STEARNS
                                        CHAPTER 13 TRUSTEE